KAREN L. LOEFFLER
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PAUL DONALD BOYER, III,<br>Defendant. | Case No. 3:12-cr-00071-RRB-DMS<br><br>UNITED STATES' SENTENCING MEMORANDUM |

## SUMMARY OF SENTENCING RECOMMENDATIONS

**TERM OF IMPRISONMENT.. . . . . . . . . . . . . . . . . . . . . . 96 MONTHS**

**TERM OF SUPERVISED RELEASE. . . . . . . . . . . . . . THREE YEARS**

**FINE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0.00**

**SPECIAL ASSESSMENT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $200.00**

The United States Probation Office [USPO] has prepared the presentence report [PSR] in this case and the United States does not dispute the factual findings the USPO has made. The United States will rely upon the factual statements in the PSR in making its sentencing recommendations.

Following his plea of guilty, the defendant will stand convicted of one count of felon in possession of a firearm, a violation of 18 U.S.C. § 922(g)(1). The USPO has recommended that the Court find that the total adjusted base offense level for the count(s) of conviction to be 23 and that, with the defendant's criminal history category of VI, the defendant's sentence range would be between 92 and 115 months of imprisonment. The statutory maximum sentence for the offense of conviction is 120 months (ten years) of imprisonment.

Based on the sentencing guidelines, the sentencing factors set forth in 18 U.S.C. § 3553(a), and the effect of the statutory mandatory minimum sentence to this case, the United States submits that a sentence of 96 months of imprisonment to be followed by a three year term of supervised release is the appropriate sentence the Court should impose. The United States does not recommend the imposition of a fine. The imposition of the $100 special assessment is mandatory.

//

As his criminal history and past establish, the defendant is a full blown tattooed criminal; he likely will always be such. From its review of the defendant's history, the United States has little from which to draw to write anything positive about the defendant. However, agreeing to go to prison for 96 months is about the only socially redeeming thing that the defendant has done in the last few years. Because of that, the United States can positively say that a sentence of 96 months is appropriate; a greater term is not necessary.

RESPECTFULLY SUBMITTED this 14th day of March, 2013, in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/Stephan A. Collins
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2013,
a copy of the foregoing was served
electronically on:

Michael Dieni, Esq.

s/Stephan A. Collins
Office of the U.S. Attorney